PROB 12C
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Amended Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Kendric Vandrell McCray     **Case Number:** 3:19-cr-00110-003

**Name of Sentencing Judicial Officer:** John A. Jarvey, U.S. District Judge (retired)
                                           Rebecca Goodgame Ebinger, U.S. District Judge (current)

**Date of Original Sentence:** May 27, 2021

**Original Offense:** 18 U.S.C. § 1343 – Conspiracy to Commit Wire Fraud

**Original Sentence:** 20 months imprisonment; 36 months supervised release

**Date Original Supervision Commenced:** May 13, 2022

**Date Current Supervision Commenced:** September 14, 2023

**All Prior Reports & Actions:** May 27, 2022 – Information Only report
                                 June 23, 2022 – Information Only report
                                 July 12, 2022 – Information Only report
                                 July 13, 2022 – Motion for Summons
                                 August 18, 2022 – Motion for Warrant
                                 April 3, 2023 – Revocation of Supervised Release, six months imprisonment, 24 months supervised release

---

## PETITIONING THE COURT

☐     To issue a warrant.

☐     To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below(new and updated information presented in italics):

### Violations

1. Failure to report to the probation office.

Nature of Noncompliance

On September 14, Mr. McCray released from the Bureau of Prison's (BOP) custody. McCray had been directed to contact the U.S. Probation Office upon his release from BOP. Additionally, he was directed to report to the Probation Office in Davenport on September 18, 2023, to complete his sign up for supervised release. Mr. McCray has not contacted the Probation Office and has not reported for his sign up.

On September 19 and 20 2023, U.S. Probation Officer's attempted to contact Mr. McCray through his sister. His sister reported that she has not had contact with McCray since Saturday September 16, 2023.

On September 19, 2023, U.S. Probation Officer's attempted to contact Mr. McCray at the Humility of Mary Shelter, where Mr. McCray was directed to release. Staff at Humility of Mary advised that McCray check in on September 18, 2023, and checked out on September 19, 2023. Mr. McCray's current whereabouts are unknown.

**Violations**

2. *New Arrest – Obstructing Justice*

Nature of Noncompliance

*On February 14, 2024, Mr. McCray was charged Obstructing Justice after providing a false name to law enforcement officers. According to the Illinois Courts online database, it does not appear that a charge has been filed with the Illinois Circuit Court of Rock Island County, for this charge.*

U.S. Probation Officer Recommendation:

The term of supervision should be

- ☒ revoked.

- ☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 25, 2024

by:   *Ashley Adams-Moon*
Ashley M. Adams-Moon
U.S. Probation Officer

---

The United States Attorney's Office:

- ☒ Does not object to the proposed action.

- ☐ Objects but does not request a formal hearing be set.

- ☐ Objects and will petition the Court requesting that a formal hearing be set.

Matthew A. Stone
Assistant United States Attorney

Signature

---

THE COURT ORDERS:

- ☐ No action.

- ☐ The issuance of a warrant.

Signature of Judicial Officer

☐　　The issuance of a summons so a hearing can be

　　　held on _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

　　　at _____ .