RECEIVED

AUG 15 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Dear,
    Judge RebeccA
    Ebinger GooDGame

    I Am writing this At
the present time. BecAuse, I
Feel that, I hAve been DiscrimAted!!
AgAinst!! You recommend me
to get 4 months RRC. But I
Know it's the prison decision.
I Am currently serving A year
in A DAy for A violAtion. I
got to PeKin FCI on 5-5-24
with 7 months left on my sentence.
my cAse mAnAger DAwson unit
mAnAger RAmey denied me RRC
on 5-12-24, when I should
hAve been put in right AWAY!!
I filed A BP8 And BP9 but
didn't file A BP10. on 7-28-24
my cAse mAnAger DAwson put
me in for 30 DAys RRC. I
need more time, to get myself
StAble. ImmAtes tAlK!! White
mexicAn, nAtive ImmAtes received
3-4 months RRC And wAs put
in At the ApproriAte time.
while BlAck ImmAtes hAve
been denied RRC or received
minium RRC And don't get ——> over

Put in for RRC on there first Team, it's 3 months LAter!! That's not FAIR!! Knowing my Age And All the problems that I fAce. You Could hAve sent me strAight to RRC, But I understand, this is A Business!! You don't want me succeed!! FAct!! So, if you cAn help me with RRC, I would AppreciAte it!! But if not, GoD!! hAs my bACk. Since I served 45 months straight on A 20 month sentence, or without StAte time credit, I served 33 months strAight on A 20 months sentence, CAn you consider Dismissing my 12 month probAtion, PleAse!! Then I cAn move on with my Life!! I would reAlly AppreciAte thAt!!

I feel,        ThAnk you!!
I hAve      HAve A GreAt DAY!!
sAtisfied
the 20
month sentence Kendric  19364030
                Vandrell
                mccRAY
I have been works the whole time
TAking ClAsses, no shots I AM mAking
                                    A chAnge!!

Kendric Mccray
REG. No.19364030
Federal Correctional Institution-Pekin
PO BOX 5000
Pekin, IL 61555
United States



⇔19364-030⇔
Judge Goodgame
131 E 4TH ST
Davenport, IA 52801
United States

52801$1516

