IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>KENDRIC VANDRELL MCCRAY,<br><br>Defendant. | No. 3:19-cr-00110-RGE-SBJ-3<br><br>ORDER |

Now before the Court is Defendant Kendric Vandrell McCray's correspondence to the Court alleging the Bureau of Prisons has discriminated against him by denying his request to serve the last four months of his sentence at a residential reentry program. ECF No. 515.

When a petitioner challenges the manner of the computation and execution of his sentence—as McCray does here—the claim is properly cognizable under 28 U.S.C. § 2241. *Bell v. United States*, 48 F.3d 1042, 1043 (8th Cir. 1995). The Attorney General, through the Bureau of Prisons, has responsibility for administering a defendant's sentence. *See United States v. Chappel*, 208 F.3d 1069, 1069–70 (8th Cir. 2000) (per curiam).

This Court does not have jurisdiction to hear McCray's claim because he is currently incarcerated in Illinois. *See Bell*, 48 F.3d at 1043–44. Therefore, McCray's request for relief is denied without prejudice to McCray seeking relief under 28 U.S.C. § 2241 in the judicial district in which he is confined, in the United States District Court for the District of Columbia, or in any district in which the Bureau maintains a regional office, after exhausting administrative remedies. *See Chappel*, 208 F.3d at 1069–70.

Nevertheless, the Court determines McCray misunderstands the sentence the Court imposed. On April 2, 2024, the Court imposed a sentence of twelve months and one day. ECF

No. 514 at 2. The Court also ordered McCray to serve a twelve-month term of supervised release. *Id.* at 3. As a condition of McCray's term of *supervised release*, the Court ordered McCray to "reside, participate, and follow the rules of [a] residential reentry program . . . for up to 120 days." *Id.* at 5. The Court denies the requested relief.

**IT IS ORDERED** that Defendant Kendric Vandrell McCray's requested relief, ECF No. 515, is **DENIED**.

**IT IS SO ORDERED.**

Dated this 19th day of August, 2024.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE